ACCEPTED
15-25-00022-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/11/2025 11:42 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00022-CV**

In the Court of Appeals
For the Fifteenth Judicial District of Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/11/2025 11:42:20 AM
CHRISTOPHER A. PRINE
Clerk

CITY OF COPPEL, TEXAS, ET AL.,
*Appellants/Cross-Appellees,*

v.

KELLY HANCOCK, ACTING COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE
OF TEXAS,
*Appellee/Cross-Appellant.*

On Appeal from the 201st Judicial District Court, Travis County, Texas
Cause No. D-1-GN-21-003198; consolidated with D-1-GN-21-003203

**Appellants' and Cross-Appellant's Joint Motion
to Extend Time to File Reply Briefs**

| | |
|---|---|
| James B. Harris | KEN PAXTON |
| State Bar No. 09065400 | Attorney General of Texas |
| james.harris@hklaw.com | BRENT WEBSTER |
| Stephen F. Fink | First Assistant Attorney General |
| State Bar No. 07013500 | RALPH MOLINA |
| stephen.fink@hklaw.com | Deputy First Assistant Attorney General |
| Richard B. Phillips, Jr. | AUSTIN KINGHORN |
| State Bar No. 24032833 | Deputy Attorney General for Civil Litigation |
| rich.phillips@hklaw.com | STEVEN ROBINSON |
| | Division Chief, Tax Litigation Division |
| Holland & Knight LLP | **KYLE PIERCE COUNCE** |
| 1722 Routh Street, Suite 1500 | State Bar No. 24082862 |
| Dallas, Texas 75201 | kyle.counce@oag.texas.gov |
| Phone: (214) 964-9500 | Assistant Attorney General |
| | Tax Litigation Division |
| **Counsel for Coppell** | P. O. Box 12548 |
| **Parties** | Austin, Texas 78711-2548 |
| | Phone: (512) 463-3112 |
| | **Counsel for Comptroller** |

To the Honorable Court of Appeals:

1. Under Texas Rules of Appellate Procedure 2, 10.5(b), and 38.6(d), Appellants City Coppell, Texas, City of Humble, Texas, City of DeSoto, Texas, City of Carrollton, Texas, and City of Farmers Branch, Texas (the "Coppell Parties") and Cross-Appellant Kelly Hancock, in his official capacity as Acting Comptroller of Public Accounts of the State of Texas (the "Comptroller") respectfully request a 30-day extension on the due dates for their reply briefs.

2. This is an appeal and cross-appeal arising from a dispute about the meaning of certain provisions of the Texas Tax Code and related rules in the Texas Administrative Code. The Coppell Parties' reply brief as appellants and Comptroller's reply briefs as cross-appellant are currently due on Monday, December 29, 2025. The requested extension would make the briefs due on Wednesday, January 28, 2026.[1]

3. The Comptroller is not opposed to the requested extension of the due date for the Coppell Parties' reply brief. The Coppell Parties are not opposed to the requested

---

[1] The reply briefs would have normally been due December 26, 2025. We understand the Court, consistent with the holiday schedule set by the State Auditor's Office, recognizes December 25-26, 2025, as holidays meaning the reply briefs would be due Monday December 29, 2025, because the 26th is a Friday. Thirty days from December 29, 2025, falls on Wednesday January 28, 2026.

extension of the due date for the Comptroller's reply briefs. And counsel for Appellee the City of Round Rock, Texas has indicated that the City of Round Rock is not opposed to the Comptroller's or Coppell Parties' requested extensions.[2]

4.  The Coppell Parties request this extension because their counsel has been and will be occupied with other matters that will prevent them from filing the reply brief by the current due date. Among other matters, counsel has been occupied with the following:

a.  Preparing for and presenting oral argument on December 2, 2025, in No. 23-0671, *Johnson v. Clifton*, pending in the Supreme Court of Texas;

b.  Preparing the response brief of appellee Superior HealthPlan, Inc., due on December 9, 2025, in No. 15-24-00114-CV, *Cecile E. Young, in Her Official Capcity as Executive Commissioner of the Texas Health & Human Services Commission v. Cook Children's Health Plan, et al.*, pending in this Court;

c.  Prepare the appellant's reply brief currently due on December 23, 2025, in No. 10-25-00088-CV, *In re Estate of Christopher James Kling, Deceased*, and No. 10-25-00089-CV, *In re Guardianship of Christopher James Kling*, pending in the Court of Appeals for the Tenth District of Texas; and

d.  Prepare the response brief of appellee State Fair of Texas due January 9, 2026 in 15-25-00122-CV, *State of Texas, Maxx Juusola, Tracy Martin, and Alan Crider v.City of Dallas, Kimberly Bizor Tolbert, in her official capacity as the Interim City Manager for the City of Dallas and the State Fair of Texas,* pending in this court.

---

[2] The City of Round Rock did not appeal the final judgment and therefore its only capacity in this Court is as an appellee as to the Comptroller's cross-appeal.

5. The Comptroller requests this extension because their counsel has been and will be occupied with other matters that will prevent them from filing the reply briefs by the current due date. Among other matters, counsel has been occupied with the following:

a. Preparing for a hearing on a Plea to the Jurisdiction, set for December 11, 2025, in Cause No. D-1-GN-22-006621, *Brad Wayne Keaton v. Texas Workforce Commission,* pending in the 459th District Court of Travis County, Texas;

b. Preparing for hearing on a Cross Motion for Summary Judgment to be argued on December 15, 2025 in Cause No. D-1-GN-22-004846, *Quanta Services, Inc. v. Glenn Hegar, as Comptroller of Public Accounts of Texas, and Ken Paxton, Attorney General of Texas,* pending in the 200th District Court of Travis County, Texas;

c. Preparing a Cross Motion for Summary Judgment to be filed by January 12, 2026, in Cause No. D-1-GN-24-001871, *Hessonite [MF] Non-REIT LLC, v. Kelly Hancock, Acting Texas Comptroller of Public Accounts, and the Office of the Comptroller of Public Accounts of Texas,* Liza pending in the 419th District Court of Travis County, Texas; and

d. Assisting with oral argument, set for January 21, 2026, in Cause No. 15-25-00041-CV, *Appraisal Review Board of the Harris County Appraisal District v. Texas Workforce Commission and Redona Hall,* pending the before this Court.

Therefore, the Coppell Parties and the Comptroller request that the Court extend the deadline for their opening briefs to Wednesday, January 28, 2026. The Coppell Parties and the Comptroller further request general relief.

Dated: December 11, 2025

Respectfully submitted,


HOLLAND & KNIGHT LLP


By: _/s/ Richard B. Phillips, Jr._
James B. Harris
State Bar No. 09065400
james.harris@hklaw.com

Stephen F. Fink
State Bar No. 07013500
stephen.fink@hklaw.com

Richard B. Phillips, Jr.
State Bar No. 24032833
rich.phillips@hklaw.com

1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 964-9500

**COUNSEL FOR COPPELL PARTIES**

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

STEVEN ROBINSON
Division Chief, Tax Litigation Division

_/s/ Peter N. Berquist_
**KYLE PIERCE COUNCE**
State Bar No. 24082862
T: (512) 463-3112
kyle.counce@oag.texas.gov
Assistant Attorney General
**PETER N. BERQUIST**
State Bar No. 24131255
T: (512) 936-1383
Peter.Berquist@oag.texas.gov
Assistant Attorney General
Tax Litigation Division
P. O. Box 12548
Austin, Texas 78711-2548
F: (512) 478-4013

**ATTORNEYS FOR COMPTROLLER**

## CERTIFICATE OF CONFERENCE

Counsel for the Comptroller discussed this motion with Cindy Olson Bourland, counsel for Appellee the City of Round Rock, Texas by email, who indicated that the City of Round Rock, Texas is not opposed to the requested extension.

*/s/ Kyle Pierce Counce*
**KYLE PIERCE COUNCE**
Deputy Division Chief

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lynee Pearson on behalf of Kyle Counce
Bar No. 24082862
lynee.pearson@oag.texas.gov
Envelope ID: 108986067
Filing Code Description: Motion
Filing Description: 20251211  Joint Motion to Extend Replies
Status as of 12/11/2025 11:51 AM CST

Associated Case Party: City of Coppell, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 12/11/2025 11:42:20 AM | SENT |
| Reed Randel | 24075780 | Reed.Randel@hklaw.com | 12/11/2025 11:42:20 AM | SENT |
| Stephen Fink | 7013500 | Stephen.Fink@hklaw.com | 12/11/2025 11:42:20 AM | SENT |
| James Harris | 9065400 | jim.harris@hklaw.com | 12/11/2025 11:42:20 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bryan Dotson | 24072769 | bryan.dotson@chamberlainlaw.com | 12/11/2025 11:42:20 AM | SENT |
| Cynthia Bourland | 790343 | bourland@bourlandlaw.com | 12/11/2025 11:42:20 AM | SENT |
| Brandon L.King | | brandon.king@hklaw.com | 12/11/2025 11:42:20 AM | SENT |

Associated Case Party: Glenn Hegar, in his official capacity as Texas Comptroller of Public Accounts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ray Langenberg | 11911200 | ray.langenberg@cpa.texas.gov | 12/11/2025 11:42:20 AM | SENT |
| Kyle Counce | 24082862 | Kyle.Counce@oag.texas.gov | 12/11/2025 11:42:20 AM | SENT |